

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

Robert J. Livermore
Direct Dial: (215) 861-8464

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

February 8, 2013

United States District Court
Clerk's Office
Criminal Docketing Section
601 Market Street, 2nd Floor
Philadelphia, PA

    Re:    United States v. Michael Privett
                Magistrate No. 13-M-147

Dear Sirs:

    Please unimpound the Arrest Warrant and Complaint in the above captioned matter, the subject has been arrested.

    Thank you for your assistance in this matter.

                                Sincerely,

                                ZANE DAVID MEMEGER
                                United States Attorney

                                ROBERT J. LIVERMORE
                                Assistant United States Attorney