UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.

WARRANT FOR ARREST

MICHAEL JAMES PRIVETT

CASE NUMBER: 13-147-M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL PRIVETT

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Complaint

charging him or her with (brief description of offense)

On January 31, 2013, on the cellphone of an individual cooperating with an FBI investigation in the Eastern District of Pennsylvania, the defendant left a voicemail message that attempted to collect an extension of credit by extortionate means, in violation of Title 18, United States Code, Section 894(a)(1).

In violation of Title 21 United States Code, Section(s) 894(a)(1).

DAVID STRAWBRIDGE

Honorable ~~L. FELIPE RESTREPO~~
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature] StrawbridgeUSMJ
Signature of Issuing Officer

FEB 1, 2013     Philadelphia,
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 2-7-13 | NAME AND TITLE OF ARRESTING OFFICER<br>Kathleen O'Hanlon<br>FBI, Special Agent | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
| --- | --- | --- |
| DATE OF ARREST 2-8-13 | | |

J Bologna Authorizing